

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF: | § | No. 08-24-00038-CV |
| S.R.S., | § | Appeal from the |
| A Child. | § | 65th Judicial District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2023DCM0852) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. It appearing to this Court that Appellant is indigent for purpose of appeal, this Court makes no further order with respect to costs. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF JULY, 2024.


GINA M. PALAFOX, Justice


Before Alley, C.J., Palafox, and Soto, JJ.